UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR07-032-RSM |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| DEMELL RAMON SKINNER, | |
| Defendant. | |

An initial hearing on supervised release revocation in this case was scheduled before me on April 04, 2012. The United States was represented by AUSA Andy Colasurdo and the defendant by Nancy Tenney. The proceedings were digitally recorded.

Defendant had been sentenced on or about October 2, 2008 by the Honorable Ricardo S. Martinez on charges of Felon in Possession of a Firearm and Felon in Possession of Ammunition, and sentenced to 70 months custody, three years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program, abstain from alcohol, submit to search, participate in a mental health program, register as a sex offender, participate in

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

a sexual deviancy evaluation and treatment, have no contact with children under the age of 18 unless accompanied and supervised by an approved adult, and be prohibited from association with any known gang members. (Dkt. 75.)

In an application dated March 29, 2012 (Dkt. 76, 77 ), U.S. Probation Officer Martin J. Williams alleged the following violations of the conditions of supervised release:

1. Failing to notify his probation officer 10 days prior to his new employment on or before March 19, 2012, in violation of standard condition No. 6.

2. Failing to participate in a sexual deviancy evaluation as directed since on or before March 19, 2012, in violation of the special condition that he participate in sexual deviancy evaluation.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted violation 1 and waived any evidentiary hearing as to whether it occurred. Defendant denied violation 2 and requested an evidentiary hearing.

I therefore recommend the Court find defendant violated his supervised release as alleged in violation 1, and conduct a hearing limited to the issue of disposition. I recommend the Court set an evidentiary hearing on alleged violation 2. The next hearing will be set before Judge Martinez.

///
///
///
///
///

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this <u>4th</u> day of April, 2012.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Ricardo S. Martinez
AUSA: Andy Colasurdo
Defendant's attorney: Nancy Tenney
Probation officer: Martin J. Williams